IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Randy Brown,            CHAPTER 13
           Debtor(s).            CASE NO. 17-33272

## MOTION TO DISMISS WITH 180 DAY BAR TO RE-FILING

COMES NOW Mortgage Corp. of the South (Creditor), by and through Counsel, and moves the Court to dismiss the above case and enter a 180 day bar to re-filing for the following reasons:

1. The Debtor has not complied with the terms of the confirmed plan. Specifically, the Debtor proposes to make direct mortgage payments to the Creditor in the amount of $355.00 per month. The last direct monthly payment made by the Debtor was in December 2018, and the Debtor has not made a single direct mortgage payment for the months of January through May 2019.

2. The Debtor filed the case on November 10, 2017. Since that date, the Debtor should have made 17 monthly payments (from December 2017 through April 2019) in the amount of $355.00 per month, but has only made 13 direct mortgage payments. Therefore, the Debtor is approximately $4,970.00 in arrears.

3. This is the Debtor's third Chapter 13 Bankruptcy case since 2013, and the prior two cases were both dismissed.

4. The Trustee filed a motion to dismiss on March 19, 2019 because of the Debtor's lack of payments, and a hearing was scheduled for April 25, 2019. The Debtor modified his plan as a result of the Trustee's Motion to Dismiss which modification was approved on April 23, 2019. However, the Debtor has only made one payment to the Trustee since the Trustee's Motion to Dismiss and only two payments for the entire year of 2019. The Creditor asserts that if the Debtor cannot make the payments to the Trustee, then the Debtor certainly cannot make all of his direct monthly mortgage payments.

5. The Creditor would also point out to the Court that this is the Debtor's second case within a one year period. When the Debtor filed the case, the Debtor filed a motion to extend the stay, which was granted by the Court, with conditions. The order extending the stay conditioned the stay upon the Debtor having to make all future mortgage payments in the month in which the payments came due, or the stay would lift. A copy of the order

(Doc. 27) is attached to this pleading for the convenience of the Court. Therefore, the stay is lifted in favor of the Creditor, but the problem is that the Creditor holds a second mortgage, and cannot effectively foreclose on a second mortgage. Therefore, the Creditor would like the case dismissed so the Creditor can pursue its remedies through the state court process. Obviously, the fact that there is no stay on the second mortgage has no effect on the Debtor, nor is it forcing the Debtor to make his direct mortgage payment.

6. The Creditor attaches an affidavit to verify the payments have not been made.

WHEREFORE, the Creditor requests the Court to set this matter for a hearing and to dismiss the case with a 180 day bar to re-filing Bankruptcy.

/s/ Richard C. Dean, Jr.
Attorney for Mortgage Corp. of the South

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
rdean@mindspring.com
334-264-2896
NMS

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Randy Brown | Sandra Lewis, Esq. | Sabrina L. McKinney, Esq. |
|---|---|---|
| 7406 Pinnacle Point | P.O. Box 686 | P.O. Box 173 |
| Montgomery, AL 36117 | Montgomery, AL 36101 | Montgomery, AL 36101 |

/s/ Richard C. Dean, Jr.
OF COUNSEL

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re

Case No. 17-33272-DHW
Chapter 13

RANDY BROWN,

Debtor.

## ORDER CONDITIONALLY GRANTING MOTION TO EXTEND STAY

The debtor filed a motion (Doc. #21) under 11 U.S.C. § 362(c)(3) to extend the automatic stay as to all creditors. The motion came on for evidentiary hearing on December 4, 2017, after notice to all creditors. No objection to the motion was filed or advanced at the hearing. In accordance with the ruling of the court from the bench in open court, it is

ORDERED that the motion is CONDITIONALLY GRANTED, and the stay is hereby EXTENDED as to all creditors. It is

FURTHER ORDERED that the stay as to the home mortgagees will terminate without further order of the court if the debtor does not make full payments to the mortgagees within the month payments are due beginning with the January 2018 payments.

Done this 5th day of December, 2017.

/s/ Dwight H. Williams, Jr.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
Sandra H. Lewis, Attorney for Debtor
Sabrina L. McKinney, Trustee
All Creditors

STATE OF ALABAMA
COUNTY OF MONTGOMERY

### AFFIDAVIT OF Mr. John Williams

Before me, the undersigned authority, a Notary Public, in and for the State of Alabama at Large, personally appeared, Mr. John Williams, who is known to me, and who being by me first duly sworn, did depose under oath and say as follows:

1. My name is Mr. John Williams, and I have personal knowledge of all the facts contained in this Affidavit.

2. I am the owner of Mortgage Corp. of the South. My company made a second mortgage loan to Randy Brown. I am personally familiar with his account.

3. My company has not received a direct mortgage payment since December 2018, meaning we have not received a single direct mortgage payment *from Mr. Brown* for the entire year of 2019.

Signed and dated this 14th day of May, 2019.

Mortgage Corp. of the South

By: _____
Mr. John Williams, Affiant

Sworn to and subscribed before me this 14th day of May, 2019.

_____
NOTARY PUBLIC
My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA
MY COMMISSION EXPIRES NOV. 19, 2019
BONDED THRU OHIO CASUALTY INSURANCE COMPANY